%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

FILED CLERKS OFFICE

2004 JAN 29 P 3:00

DISTRICT COURT
DISTRICT OF MASS.

TIMOTHY MORGAN, Individually and
on Behalf of All Others Similarly Situated,

V.

**SUMMONS IN A CIVIL CASE**

NETWORK ENGINES INC., JOHN CURTIS,
DOUGLAS G. BRYANT and LAWRENCE A.
GENOVESI,

CASE NUMBER: 03 12529 JLT

TO: (Name and address of Defendant)

Network Engines Inc.
25 Dan Road
Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 17 2003

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JANUARY 14, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARBARA L. BEDUGNIS | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

XX Other (specify): _BY GIVING SAID COPIES IN HAND TO ATTORNEY PAUL CHRISWALL, AGENT_ _AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE, WHO ACCEPTED_ _SERVICE ON BEHALF OF NETWORK ENGINES, INC. SAID SERVICE WAS MADE AT_ _NETWORK ENGINES, INC., 25 DAN ROAD, CANTON, MASSACHUSETTS._

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $17.00 | $25.00 | $42.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___JANUARY 14, 2004___         _____
                    Date                          Signature of Server  BARBARA L. BEDUGNIS, CONSTABLE

%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.