UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

———————————————————————— x
TIMOTHY MORGAN, Individually and On Behalf of    )
All Others Similarly Situated,    )
    )
    )  Civil Docket for Case No.:
        Plaintiff,    )  1:03-CV-12529-JLT
    )
    v.    )
    )
NETWORK ENGINES, INC., JOHN CURTIS,    )  Hon. Joseph L. Tauro
DOUGLAS G. BRYANT and LAWRENCE A.    )
GENOVESI,    )
    )
        Defendants.    )
———————————————————————— x

*(Additional captions on following page)*

DECLARATION OF CHRISTOPHER KELLER IN SUPPORT OF MOTION
OF THE O'NEIL GROUP FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF PROPOSED
LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

|  |  |  |
|---|---|---|
| ——————————————————— | x |  |
| GORDON A. PRICE, On Behalf of Himself and All Others Similarly Situated, | ) ) |  |
|  | ) | Civil Docket for Case No.: |
| Plaintiff, | ) | 1:04-CV-10008-MLW |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, | ) ) ) | Hon. Mark L. Wolf |
|  | ) |  |
| Defendants. | ) |  |
| ——————————————————— | x |  |
| EDWIN POWELL MILLER, Individually and On Behalf of All Others Similarly Situated, | ) ) |  |
|  | ) | Civil Docket for Case No.: |
| Plaintiff, | ) | 1:04-CV-10022-JLT |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, | ) ) ) | Hon. Joseph L. Tauro |
|  | ) |  |
| Defendants. | ) |  |
| ——————————————————— | x |  |
| DAVID DUBROW, Individually and On Behalf of All Others Similarly Situated, | ) ) |  |
|  | ) | Civil Docket for Case No.: |
| Plaintiff, | ) | 1:04-CV-10096-JLT |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, | ) ) ) | Hon. Joseph L. Tauro |
|  | ) |  |
| Defendants. | ) |  |
| ——————————————————— | x |  |

|  |  |  |
|---|---|---|
| ──────────────────────────── x | | |
| KEVIN DENHA, Individually and On Behalf of All Others Similarly Situated, | ) ) | |
|  | ) | Civil Docket for Case No.: |
| Plaintiff, | ) | 1:04-CV-10228-JLT |
|  | ) | |
| v. | ) | |
|  | ) | |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, | ) ) ) | Hon. Joseph L. Tauro |
|  | ) | |
| Defendants. | ) | |
| ──────────────────────────── x | | |
| WING KAM YU, On Behalf of Himself and All Others Similarly Situated, | ) ) | |
|  | ) | Civil Docket for Case No.: |
| Plaintiff, | ) | 1:04-CV-10238-DPW |
|  | ) | |
| v. | ) | |
|  | ) | |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, | ) ) ) | Hon. Douglas P. Woodlock |
|  | ) | |
| Defendants. | ) | |
| ──────────────────────────── x | | |

CHRISTOPHER KELLER hereby declares as follows:

1. I am an associate with the law firm of Goodkind Labaton Rudoff & Sucharow LLP, counsel for the O'Neil Group ("Movant" or "O'Neil Group").

2. I respectfully submit this declaration in support of Movant's motion for consolidation of the related actions, appointment of Movant as Lead Plaintiff and approval of the selection of the firm of Goodkind Labaton Rudoff & Sucharow LLP as Lead Counsel.

3. Annexed hereto as Exhibit A is a true and correct copy of the Certification of John O'Neil and Certification of Keith McPherson.

4. Annexed hereto as Exhibit B is a true and correct copy of the December 16, 2003 notice of filing a class action against Network Engines, Inc.

5. Annexed hereto as Exhibit C is a true and correct copy of the firm resume of Goodkind Labaton Rudoff & Sucharow LLP.

I declare, under penalty of perjury, this 13th of February, 2004.

_____
Christopher J. Keller