## CERTIFICATION

I, __KEITH McPHERSON__, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification. I have reviewed a complaint prepared against Network Engines, Inc. ("Network Engines") alleging violations of the federal securities laws and I authorized the filing of this complaint;

2. I did not purchase securities of Network Engines at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. I am willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. I have transactions in the securities of Network Engines as reflected in Exhibit A hereto;

5. I have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except for the following:

6. Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: __JAN. 9, 2004__

_Keith H. McPherson_

8 CHATFIELD PL. W.
PAINTED POST, NY 14870
607.962.5717 HOME
607.962-4688 WORK

## EXHIBIT A

## TRANSACTIONS IN NETWORK ENGINES, INC.

| TRANSACTION (Purchase/Sale) | TRADE DATE (mm/dd/yyyy) | PRICE (per share) | NO. OF SHARES | TOTAL COST/ PROCEEDS |
|---|---|---|---|---|
| PURCH. | 11/7/03 | 9.50 | 1000 | 9,610.50 |
| PURCH. | 11/12/03 | 8.75 | 2000 | 17,661.50 |
| PURCH. | 12/9/03 | 11.10 | 1000 | 11,196.50 |
| PURCH. | 12/10/03 | 9.98 | 2000 | 20,094.50 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Additional Transactions:

## CERTIFICATION

I, JOHN ONEIL, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification. I have reviewed a complaint prepared against Network Engines, Inc. ("Network Engines") alleging violations of the federal securities laws and I authorized the filing of this complaint;

2. I did not purchase securities of Network Engines at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. I am willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. I have transactions in the securities of Network Engines as reflected in Exhibit A hereto;

5. I have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except for the following:

6. Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 1-12-04

## EXHIBIT A

## TRANSACTIONS IN
## NETWORK ENGINES, INC.

| TRANSACTION (Purchase/Sale) | TRADE DATE (mm/dd/yyyy) | PRICE (per share) | NO. OF SHARES | TOTAL COST/ PROCEEDS |
|---|---|---|---|---|
| PURCHASE | 12/03/2003 | 10.9865 | 4,000 | 43,946.00 |
| PURCHASE | 12/04/2003 | 10.6282 | 6,000 | 63,769.00 |
| PURCHASE | 12/05/2003 | 10.2908 | 3,200 | 32,930.40 |
|  |  |  |  |  |
| SALE | 12/10/2003 | 6.1205 | 4,000 | 24,481.96 |
| SALE | 12/10/2003 | 7.9026 | 6,000 | 47,415.91 |
| SALE | 12/10/2003 | 6.8681 | 3,200 | 21,977.95 |
|  |  |  |  |  |
|  |  | NET LOSS |  | <46,969.58> |
|  |  |  |  |  |

Additional Transactions:

*[signature]* 1-11-2004

JOHN O'NEIL