## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MORGAN, Individually and on behalf of all others similarly situated, ) | ) Civil Action 1:03 cv 12529 JLT |
| Plaintiff, ) | |
| v. ) | |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, ) | |
| Defendants. ) | |
| EDWIN POWELL MILLER, Individually and On behalf of all others similarly situated, ) | ) Civil Action 1:04 cv 10022 JLT |
| Plaintiff, ) | |
| v. ) | |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, ) | |
| Defendants. ) | |

Additional Captions to Follow

**MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| DAVID DUBROW, Individually and on behalf of all others Similarly Situated, | ) ) Civil Action 1:04 cv 10096 JLT |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, | ) ) ) ) |
| Defendants. | ) ) |
| KEVIN DENHA, Individually and On behalf of all others similarly situated, | ) ) Civil Action 1:04 cv 10228 JLT |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, | ) ) ) ) |
| Defendants. | ) ) |
| WING KAM YU, on behalf of himself and all others similarly situated, | ) ) Civil Action 1:04 cv 10238 JLT |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NETWORK ENGINES, JOHN CURTIS and DOUGLAS G. BRYANT, | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| HERBERT A. REITZEL, on behalf of himself and others similarly situated, ) ) ) | Civil Action 1:04 cv 10288 JLT |
| Plaintiff, ) ) ) | |
| v. ) ) | |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, ) ) ) ) | |
| Defendants. ) | |

Class members Sergio and Ricardo Guerrera, Donald Drew and Thomas W. Jackson (the "Guerrera Group") by their counsel, hereby move this Court for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing the Guerrera Group as Lead Plaintiff; (iii) approving the Guerrera Group's selection of the law firm of Cauley Geller Bowman & Rudman, LLP to serve as Lead Counsel and the law firm of Shapiro, Haber & Urmy to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Guerrera Group submits herewith a Memorandum of Law and Declaration of Theodore M. Hess-Mahan dated February 17, 2004.

Dated: February 17, 2004

Respectfully submitted,

**SHAPIRO, HABER & URMY LLP**

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan BBO #557109
75 State Street
Boston, MA 02109
Telephone:    (617) 439-3939

**Proposed Liaison Counsel**

**CAULEY GELLER BOWMAN
 & RUDMAN, LLP**
Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone:    (631) 367-7100
Facsimile:    (631) 367-1173

**Proposed Lead Counsel**