PRN		Cauley Geller Announces Class Action Lawsuit Against Network
		Dec 16 2003   16:23


				Engines, Inc.
				 On Behalf of Investors

     NEW YORK, Dec. 16 /PRNewswire-FirstCall/ -- The Law Firm of Cauley Geller
Bowman & Rudman, LLP announced today that a class action lawsuit has been
filed in the United States District Court for the District of Massachusetts on
behalf of purchasers of Network Engines, Inc. (Nasdaq: NENG) ("Network
Engines" or the "Company") publicly traded securities during the period
between November 6, 2003 and December 10, 2003, inclusive (the "Class
Period").  A copy of the complaint filed in this action is available from the
Court, or can be viewed on the firm's website at
http://www.cauleygeller.com/show_case.asp?ccode=209&pcode=10&pp=4 .
     The complaint alleges that by the start of the Class Period, defendants
knew, but failed to disclose, that Network Engines was in the process of
renegotiating its distribution contract with EMC, and that EMC was demanding
price reductions, which, if agreed to, would negatively impact the Company's
future financial results.  Nevertheless, throughout the Class Period,
defendants issued positive statements highlighting the Company's strong
financial performance, continued growth and the success of its relationship
with EMC, its largest customer.  Defendants failed to disclose, however: (i)
that the Company was in the process of renegotiating its distribution contract
with EMC; (ii) that EMC was demanding price concessions to bring its agreement
with Network Engines in line with the pricing that Network Engines was
providing to other customers; (iii) that the new distribution contract with
EMC would negatively impact the Company's future financial performance; (iv)
that the Company would not be able to sustain the growth in its gross margins
as a result of the amended contract; and (v) as a result, the Company's
positive statements issued during the Class Period were materially false and
misleading when made.
     Finally, on December 10, 2003, the Company announced, among other things,
that it had renegotiated its distribution contract with EMC and the amended
contract would negatively impact the Company's gross profit related to the
sale of EMC-approved Host Bus Adapters and the Company's distribution
operations gross profit.
     Following this announcement, shares of Network Engines common stock fell
$3.92 per share, or 39%, to close at $6.10 per share, on extraordinarily high
trading volume, and have continued to decline since that time.
     If you bought Network Engines publicly traded securities between
November 6, 2003 and December 10, 2003, inclusive, and you wish to serve as
lead plaintiff, you must move the Court no later than February 17, 2004.  If
you are a member of this class, you can join this class action online at
http://www.cauleygeller.com/template8.asp?pcode=6&pp=1 .  Any member of the
purported class may move the Court to serve as lead plaintiff through Cauley
Geller or other counsel of their choice, or may choose to do nothing and
remain an absent class member.
     Cauley Geller is a national law firm that represents investors and
consumers in class action and corporate governance litigation.  It is one of

Copyright (c) 2004

PRN        Cauley Geller Announces Class Action Lawsuit Against Network
           Dec 16 2003   16:23

the country's premiere firms in the area of securities fraud, with in-house finance and forensic accounting specialists and extensive trial experience. Since its founding, Cauley Geller has recovered in excess of two billion dollars on behalf of aggrieved shareholders.  The firm maintains offices in Boca Raton, Little Rock and New York.
     If you have any questions about how you may be able to recover for your losses, or if you would like to consider serving as one of the lead plaintiffs in this lawsuit, you are encouraged to call or e-mail the Firm or visit the Firm's website at www.cauleygeller.com .

     Contact:

     CAULEY GELLER BOWMAN & RUDMAN, LLP

     Samuel H. Rudman, Esq. or David A. Rosenfeld, Esq.

     Client Relations Department:
     Jackie Addison, Heather Gann or Chandra West
     P.O. Box 25438
     Little Rock, AR 72221-5438
     Toll Free: 1-888-551-9944
     Fax: 1-501-312-8505
     E-mail: info@cauleygeller.com

SOURCE  Cauley Geller Bowman & Rudman, LLP
     -0-                             12/16/2003
     /CONTACT:  Samuel H. Rudman, Esq. or David A. Rosenfeld, Esq., both of
Cauley Geller Bowman & Rudman, LLP, +1-631-367-7100/
     /Web site:  http://www.cauleygeller.com
             http://www.cauleygeller.com/show_case.asp?ccode=209&pcode=10&pp=4
              http://www.cauleygeller.com/template8.asp?pcode=6&pp=1 /
     (NENG)

CO:  Cauley Geller Bowman & Rudman, LLP; Network Engines, Inc.
ST:  New York, Massachusetts, Arkansas
IN:  MAC
SU:  LAW
-0- Dec/16/2003 21:23 GMT