LP deadline: Tuesday, February 17, 2004        Network Engines Shareholder Damage Estimate        Venue:  MA

| Avg. closing price (for shares held) $4.7420 | | Class Period: 11/06/03 - 12/10/03 | | | Avg closing price: 12/11/03 - 02/04/04  (90 day max = 03/09/04) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Shares Bought | | | Shares Sold | | | Mean Trading Price | Total Gain/Loss |
| Last Name | First Name | # of Shares | Date | $ Per Share | # of Shares | Date | $ Per Share | | |
| Drew | Donald | 2000 | 12/04/03 | $10.5600 | | | | | ($11,636.00) |
| Guerrera | Ricardo | 755 | 12/03/03 | $11.0300 | 300 | 12/16/03 | $4.5200 | $5.1450 | * |
| Guerrera | Ricardo | | | | 455 | 12/16/03 | $4.5400 | $5.1450 | * |
| Guerrera | Sergio | 8000 | 11/21/03 | $9.2000 | 6300 | 12/16/03 | $4.5200 | $5.1450 | * |
| Guerrera | Sergio | 700 | 11/21/03 | $9.2000 | 2200 | 12/16/03 | $4.5200 | $5.1450 | * |
| Guerrera | Sergio | 6000 | 12/04/03 | $10.8900 | 7900 | 12/16/03 | $4.5000 | $5.1450 | * |
| Guerrera | Sergio | 4000 | 12/04/03 | $10.2500 | 1300 | 12/16/03 | $4.5000 | $5.1450 | * |
| Guerrera | Sergio | 20000 | 12/10/03 | $6.2800 | 17800 | 12/16/03 | $4.5000 | $5.1450 | * |
| Guerrera | Sergio | | | | 3200 | 12/16/03 | $4.5000 | $5.1450 | * |
| Guerrera | Sergio | | | | | | | | ($113,341.68) * |
| Jackson | Thomas W. (IRA) | 600 | 11/26/03 | $10.3600 | 500 | 12/10/03 | $7.0000 | | |
| Jackson | Thomas W. (IRA) | 700 | 11/26/03 | $10.3500 | 2000 | 12/15/03 | $4.5200 | $5.2667 | * |
| Jackson | Thomas W. (IRA) | 1200 | 11/26/03 | $10.3700 | | | | | |
| Jackson | Thomas W. (Personal) | 4000 | 11/26/03 | $10.4000 | 1500 | 12/10/03 | $7.0000 | | |
| Jackson | Thomas W. (Personal) | | | | 2500 | 12/11/03 | $6.1200 | $6.0200 | ($27,921.60) * |
| **TOTALS** | | **47955** | | | **45955** | | | | **($152,899.28)** |