Cauley Geller Bowman & Rudman, LLP
P.O. Box 25438, Little Rock, AR 72221-5438
(501) 312-8500; (501) 312-8505 Facsimile
info@cauleygeller.com

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

Ricardo Guerrera ("Plaintiff"), declares as to the claims asserted, or to be asserted, under the federal securities laws, that:

1. Plaintiff has reviewed the ___neng___ [company/stock name] complaint.

2. Plaintiff did not purchase any common stock/securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4. BEFORE the start of the Class Period, Plaintiff held _____ shares ___neng___ [company/stock name] common stock/securities.

5. The following includes all of Plaintiff's transactions DURING the Class Period specified in the complaint for the common stock/securities that are the subject of this action:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| neng | Sale | 300 | Dec 10/03 | $4.52 |
| neng | Sale | 455 | Dec 10/03 | $4.54 |
| neng | Purchase | 255 | Dec 03/03 | $11.03 |

Please list additional transactions on a separate sheet if necessary.

6. Plaintiff's shares were acquired (check all that apply):   ☒ IRA    ☐ Employer-sponsored plan (401K, 403B, etc.)
   ☐ Non-retirement account    ☐ Merger/acquisition    ☐ Other (describe): _____

7. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws within the past three years, unless otherwise stated in the space below:

8. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of Dec, 2003.

SIGNATURE

Name (print): Ricardo Guerrera

Cauley Geller Bowman & Rudman, LLP
P.O. Box 25438, Little Rock, AR 72221-5438
(501) 312-8500; (501) 312-8505 Facsimile
info@cauleygeller.com

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

Sergio Questera ("Plaintiff"), declares as to the claims asserted, or to be asserted, under the federal securities laws, that:

1. Plaintiff has reviewed the ___neng___ [company/stock name] complaint.

2. Plaintiff did not purchase any common stock/securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4. BEFORE the start of the Class Period, Plaintiff held __1500__ shares __neng__ [company/stock name] common stock/securities.

5. The following includes all of Plaintiff's transactions DURING the Class Period specified in the complaint for the common stock/securities that are the subject of this action:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| neng | Sale | 40200 | Dec 16/03 | $4.50 - $4.52 |
| neng | Purchase | 20000 | Dec 10/03 | $6.28 |
| neng | Purchase | 10000 | Dec 4/03 | $10.25 - 10.89 |
| neng | Purchase | 700 | Nov 24/03 | $9.20 |
| neng | Purchase | 8000 | Nov 21/03 | $5.20 |

Please list additional transactions on a separate sheet if necessary.

6. Plaintiff's shares were acquired (check all that apply):    ☐ IRA    ☐ Employer-sponsored plan (401K, 403B, etc.)
   ☒ Non-retirement account    ☐ Merger/acquisition    ☐ Other (describe):_____

7. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws within the past three years, unless otherwise stated in the space below:

8. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __22__ day of __Dec__, 2003.

_Sergio Questera_
SIGNATURE

Cauley Geller Bowman & Rudman, LLP
P.O. Box 25438, Little Rock, AR 72221-5438
(501) 312-8500; (501) 312-8505 Facsimile
info@cauleygeller.com

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

THOMAS W. JACKSON ("Plaintiff"), declares as to the claims asserted, or to be asserted, under the federal securities laws, that:

1. Plaintiff has reviewed the Network MgINSA, Inc. [company/stock name] complaint.

2. Plaintiff did not purchase any common stock/securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4. BEFORE the start of the Class Period, Plaintiff held 4,050 shares of Network MgINSA [company/stock name] common stock/securities.

5. The following includes all of Plaintiff's transactions DURING the Class Period specified in the complaint for the common stock/securities that are the subject of this action:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| See Attached | | | | |
| | | | | |
| | | | | |
| | | | | |

Please list additional transactions on a separate sheet if necessary.

6. Plaintiff's shares were acquired (check all that apply):  ☑ IRA   ☐ Employer-sponsored plan (401K, 403B, etc.)
   ☑ Non-retirement account   ☐ Merger/acquisition   ☑ Other (describe): Roth IRA

7. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws within the past three years, unless otherwise stated in the space below: None

8. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of December, 2003.

_____
SIGNATURE

Name (print): THOMAS W. JACKSON   Address:

# Thomas W. Jackson
## Plaintiff Transactions

| Security | Transaction | Quantity | Trade Date | Price Per Share | Transaction Value |
|---|---|---|---|---|---|
| **IRA Account - TWJ** | | | | | |
| Network Engines - Common Stock | Purchased | 2,000 | 5/27/2003 | $ 2.58 | $ (5,189.95) |
| NENG | Purchased | 3,000 | 7/23/2003 | 4.15 | (12,494.95) |
| NENG | Purchased | 2,300 | 9/2/2003 | 6.15 | (14,179.45) |
| NENG | Purchased | 500 | 9/2/2003 | 6.14 | (3,077.50) |
| NENG | Purchased | 200 | 9/2/2003 | 6.12 | (1,227.00) |
| NENG | Sold | (3,000) | 9/11/2003 | 7.16 | 21,434.01 |
| NENG | Sold | (2,500) | 10/24/2003 | 8.23 | 20,536.56 |
| NENG | Purchased | 600 | 11/26/2003 | 10.36 | (6,220.00) |
| NENG | Purchased | 700 | 11/26/2003 | 10.35 | (7,253.00) |
| NENG | Purchased | 1,200 | 11/26/2003 | 10.37 | (12,455.00) |
| NENG | Sold | (3,000) | 12/10/2003 | 7.00 | 20,970.99 |
| NENG | Sold | (2,000) | 12/15/2003 | 4.52 | 9,021.55 |
| | | - | | | $ 9,866.26 |
| **Non-retirement Account - TWJ** | | | | | |
| Network Engines - Common Stock | Purchased | 2,500 | 6/19/2003 | $ 4.28 | $ (10,737.45) |
| NENG | Purchased | 1,000 | 7/8/2003 | 4.20 | (4,214.95) |
| NENG | Purchased | 1,500 | 9/2/2003 | 6.12 | (9,202.45) |
| NENG | Sold | (2,500) | 9/11/2003 | 7.16 | 17,861.66 |
| NENG | Sold | (1,100) | 10/24/2003 | 8.20 | 9,001.61 |
| NENG | Sold | (400) | 10/24/2003 | 8.19 | 3,271.34 |
| NENG | Purchased | 4,000 | 11/26/2003 | 10.40 | (41,638.00) |
| NENG | Sold | (2,500) | 12/10/2003 | 7.00 | 17,476.15 |
| NENG | Sold | (2,500) | 12/11/2003 | 6.12 | 15,276.25 |
| | | - | | | $ (2,905.84) |
| **Non-retirement Account - JVJ** | | | | | |
| Network Engines - Common Stock | Purchased | 1,000 | 5/14/2003 | $ 2.10 | $ (2,199.50) |
| NENG | Sold | (500) | 9/29/2003 | 6.27 | 3,024.86 |
| NENG | Sold | (500) | 12/10/2003 | 7.00 | 3,405.65 |
| | | - | | | $ 4,231.01 |
| **Roth IRA Account - JJ** | | | | | |
| Network Engines - Common Stock | Purchased | 50 | 10/13/2003 | $ 8.19 | $ (455.40) |

Cauley Geller Bowman & Rudman, LLP
P.O. Box 25418, Little Rock, AR 72221-5438
(501) 312-8500; (501) 312-8505 Facsimile
info@cauleygeller.com

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

__Donald Drew__ ("Plaintiff"), declares as to the claims asserted, or to be asserted, under the federal securities laws, that:

1. Plaintiff has reviewed the __NETWORK ENGINES, INC.__ [company/stock name] complaint.

2. Plaintiff did not purchase any common stock/securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4. BEFORE the start of the Class Period, Plaintiff held __0__ shares __NETWORK ENGINES, INC.__ [company/stock name] common stock/securities.

5. The following includes all of Plaintiff's transactions DURING the Class Period specified in the complaint for the common stock/securities that are the subject of this action:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| NETWORK ENGINES (NENG) | PURCHASE | 2000 | 12/4/03 | 10.56 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Please list additional transactions on a separate sheet if necessary.

6. Plaintiff's shares were acquired (check all that apply):  ☐ IRA   ☐ Employer-sponsored plan (401K, 403B, etc.)
   ☑ Non-retirement account   ☐ Merger/acquisition   ☐ Other (describe): _____

7. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws within the past three years, unless otherwise stated in the space below: __NONE__

8. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __6th__ day of __February__, 2004. DD

__Donald Drew__
SIGNATURE

Name (print): __Donald Drew__