UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ──────────────────────────────── x | |
| TIMOTHY MORGAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Docket for Case No.: ) 1:03-CV-12529-JLT ) |
| v. | ) ) |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, | ) Hon. Joseph L. Tauro ) ) |
| Defendants. | ) ) |
| ──────────────────────────────── x | |

*(Additional captions on following page)*

MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN FURTHER
SUPPORT OF THE MOTION OF THE O'NEIL GROUP FOR APPOINTMENT AS LEAD
PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL AND IN
RESPONSE TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF
BY THE KUNKEL GROUP AND THE GUERRERA GROUP

```
——————————————————————————  x
GORDON A. PRICE, On Behalf of Himself and    )
All Others Similarly Situated,               )
                                             )
                                             )   Civil Docket for Case No.:
                 Plaintiff,                  )   1:04-CV-10008-MLW
                                             )
         v.                                  )
                                             )
NETWORK ENGINES, INC., JOHN CURTIS,          )   Hon. Mark L. Wolf
DOUGLAS G. BRYANT and LAWRENCE A.            )
GENOVESI,                                    )
                                             )
                 Defendants.                 )
                                             )
——————————————————————————  x
EDWIN POWELL MILLER, Individually and On Behalf  )
of All Others Similarly Situated,            )
                                             )
                                             )   Civil Docket for Case No.:
                 Plaintiff,                  )   1:04-CV-10022-JLT
                                             )
         v.                                  )
                                             )
NETWORK ENGINES, INC., JOHN CURTIS,          )   Hon. Joseph L. Tauro
DOUGLAS G. BRYANT and LAWRENCE A.            )
GENOVESI,                                    )
                                             )
                 Defendants.                 )
                                             )
——————————————————————————  x
DAVID DUBROW, Individually and On Behalf of  )
All Others Similarly Situated,               )
                                             )
                                             )   Civil Docket for Case No.:
                 Plaintiff,                  )   1:04-CV-10096-JLT
                                             )
         v.                                  )
                                             )
NETWORK ENGINES, INC., JOHN CURTIS,          )   Hon. Joseph L. Tauro
DOUGLAS G. BRYANT and LAWRENCE A.            )
GENOVESI,                                    )
                                             )
                 Defendants.                 )
                                             )
——————————————————————————  x
```

———————————————————————— x

KEVIN DENHA, Individually and On Behalf of ) 
All Others Similarly Situated, )

               ) Civil Docket for Case No.:
           Plaintiff, ) 1:04-CV-10228-JLT

               )
           v. )

               )
NETWORK ENGINES, INC., JOHN CURTIS, ) Hon. Joseph L. Tauro
DOUGLAS G. BRYANT and LAWRENCE A. )
GENOVESI, )

               )
          Defendants. )
               )

———————————————————————— x

WING KAM YU, On Behalf of Himself and )
All Others Similarly Situated, )

               ) Civil Docket for Case No.:
           Plaintiff, ) 1:04-CV-10238-DPW

               )
           v. )

               )
NETWORK ENGINES, INC., JOHN CURTIS, ) Hon. Douglas P. Woodlock
DOUGLAS G. BRYANT and LAWRENCE A. )
GENOVESI, )

               )
          Defendants. )
               )

———————————————————————— x

The O'Neil Group respectfully submits this memorandum in further support of its motion for appointment as Lead Plaintiff and approval of their selection of lead counsel.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Counsel for the O'Neill Group conferred with counsel for the other proposed lead plaintiff groups in a good faith effort to narrow or resolve the issues raised by this motion. Counsel for the other proposed lead plaintiff groups do not opposed this motion.

Dated:  March 16, 2004

Respectfully submitted,

**SHAPIRO HABER & URMY LLP**

/s/Theodore M. Hess-Mahan
Theodore Hess-Mahan (BBO#557109)
75 State Street
Boston, MA 02109
Tel:  (617) 439-3939
Fax:  (617) 439-0134

**GOODKIND LABATON RUDOFF
& SUCHAROW LLP**
Jonathan M. Plasse
Christopher J. Keller
100 Park Avenue
New York, New York  10017
Tel:  (212) 907-0700
Fax:  (212) 818-0477

*Attorneys for the O'Neil Group
And Proposed Lead Counsel for the Class*