**EXHIBIT A**

**CORRECTED LOSS CALCULATION FOR THE O'NEIL GROUP IN NETWORK ENGINES, INC.**

**John O'Neil**

| Transaction | Date | Amount | Price per share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 12/3/03 | 4,000 | $10.987 | $43,946.00 |
| Purchase | 12/4/03 | 6,000 | $10.628 | $63,769.20 |
| Purchase | 12/5/03 | 3,200 | $10.291 | $32,930.56 |
| Sale | 12/10/03 | -4,000 | $6.121 | -$24,482.00 |
| Sale | 12/10/03 | -6,000 | $7.903 | -$47,415.60 |
| Sale | 12/10/03 | -3,200 | $6.868 | -$21,977.92 |
| | | | **Loss:** | **-$46,770.24** |

**Keith McPherson**

| Transaction | Date | Amount | Price per share | Cost/Proceeds | 90 Day Avg* | Gain/Loss |
|---|---|---|---|---|---|---|
| Purchase | 11/7/03 | 1,000 | $9.500 | $9,500.00 | $4.9332 | -$4,566.80 |
| Purchase | 11/12/03 | 2,000 | $8.750 | $17,500.00 | $4.9332 | -$7,633.60 |
| Purchase | 12/9/03 | 1,000 | $11.100 | $11,100.00 | $4.9332 | -$6,166.80 |
| Purchase | 12/10/03 | 2,000 | $9.980 | $19,960.00 | $4.9332 | -$10,093.60 |
| | | | **Loss:** | **-$28,460.80** | | |

**O'Neil Goup Total Losses:**   **-$75,231.04**