UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MORGAN, Individually and On Behalf of All Others Similarly Situated, | * <br> * <br> * |
| Plaintiff, | * <br> * |
| v. | *     Civil Action No. 03-12529-JLT <br> * <br> * |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, | * <br> * <br> * <br> * |
| Defendants. | * <br> * |
| EDWIN POWELL MILLER, Individually and On Behalf of All Others Similarly Situated, | * <br> * <br> * <br> * |
| Plaintiff, | * |
| v. | •     Civil Action No. 04-10022-JLT <br> * <br> * |
| NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI, | * <br> * <br> * <br> * |
| Defendants. | * <br> * |

(Additional Captions Set Forth Below)

DAVID DUBROW, Individually and On
Behalf of All Others Similarly Situated,

            Plaintiff,

      v.

NETWORK ENGINES, INC., JOHN
CURTIS, DOUGLAS G. BRYANT and
LAWRENCE A. GENOVESI,

            Defendants.

                                Civil Action No. 04-10096-JLT

WING KAM YU, Individually and On
Behalf of All Others Similarly Situated,

            Plaintiff,

      v.

NETWORK ENGINES, INC., JOHN
CURTIS, DOUGLAS G. BRYANT and
LAWRENCE A. GENOVESI,

            Defendants.

                                Civil Action No. 04-10238-DPW

HERBERT A. REITZEL, Individually and
On Behalf of All Others Similarly Situated,

            Plaintiff,

      v.

NETWORK ENGINES, INC., JOHN
CURTIS, DOUGLAS G. BRYANT and
LAWRENCE A. GENOVESI,

            Defendants.

                                Civil Action No. 04-10288-JLT

## ORDER

March 17, 2004

TAURO, J.

In light of the Order Consolidating the Actions, Appionting Wing Kam Yu, Blake Kunkel and Thomas Cunningham as Lead Plaintiff Pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 and Approving its Selection of Lead and Liaison Counsel, the court hereby orders that:

1.    The Motion of the O'Neil Group for Appointment as Lead Plaintiff and Approval of Proposed Lead Plaintiff's Selection of Lead Counsel [#6] is DENIED; and

2.    The Guerrera Group's Motion for Consolidation, Appointment as Lead Plaintiff, and for Approval of Selection of Lead and Liaison Counsel [#10] is DENIED.

IT IS SO ORDERED.

/S/ Joseph L. Tauro
United States District Judge