UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| David Dubrow, Individually and ) <br> On Behalf of All Others Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NETWORK ENGINES, INC., JOHN ) <br> CURTIS, DOUGLAS G. BRYANT, and ) <br> LAWRENCE A. GENOVESI, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 04-10096 JLT |

## SCHEDULING STIPULATION

WHEREAS, on January 15, 2004, plaintiff David Dubrow filed *David Dubrow, Individually and On Behalf of All Others Similarly Situated v. Network Engines, Inc., John Curtis, Douglas G. Bryant, and Lawrence A. Genovesi*, Civil Action No.04-10096 JLT (the "*Dubrow* Complaint"), a putative class action complaint alleging securities fraud; and

WHEREAS, a motion to consolidate the Dubrow Complaint with all other existing similar actions and later-filed similar actions, and pursuant to the Private Securities Litigation Reform Act of 1995 (the "Reform Act") has been filed;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Defendants need not respond to the *Dubrow* Complaint, but shall respond to an Amended Consolidated Complaint no later than 60 days after such Amended Consolidated Complaint is served upon Defendants by the Lead Plaintiff, to be appointed by the Court to consolidate

the *Dubrow* Complaint with all other existing similar actions and later-filed similar actions in accordance with Section 21D(a)(3) of the Securities Exchange Act of 1934.

2. All pre-trial procedures and obligations set forth under Federal Rules of Civil Procedure 16 and 26(a) and (f), and Local Rule 16.1 are stayed until 30 days after the filing of an answer to the Amended Consolidated Complaint by the last answering Defendant.

3. In the event that any deadline herein falls on a weekend or holiday, that deadline shall be extended to following business day.

4. After appointment of a lead plaintiff pursuant to the Reform Act, service on lead counsel for such plaintiff shall satisfy Defendants' service obligations.

By the Plaintiff's attorneys,

_____
Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler (BBO #644824)
**SCHATZ & NOBEL, P.C.**
330 Main Street
Hartford, Connecticut 061016
Tel.: (860) 493-6292
Fax: (860) 493-6290

Counsel for Plaintiff

By the Defendants' attorneys,

_____
Jeffrey B. Rudman (BBO# 433380)
Daniel W. Halston (BBO# 548692)
John A. Litwinski (BBO# 650603)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: March 15, 2004