UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re: NETWORK ENGINES, INC. ) CA No: 03-12529-JLT
SECURITIES LITIGATION )

## STIPULATION

WHEREAS, on March 17, 2004, this Court entered its Order Consolidating the Actions, Appointing Wing Kam Yu, Blake Kunkel, and Thomas Cunningham as Lead Plaintiff Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and Approving its Selection of Lead and Liaison Counsel ("Lead Plaintiff Order"); and

WHEREAS, the parties entered into a Scheduling Stipulation filed with this Court on March 4, 2004; and

WHEREAS, the parties agree that the consolidation order and the scheduling stipulation need to be supplemented:

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Related case *Nitin Subandh, vs. Network Engines, Inc., John Curtis, Douglas G. Bryant, and Lawrence A. Genovesi*, Civil Action No. 04-10332 should be consolidated with the above-entitled action; and

2. Plaintiffs shall have 60 days from the date of the entry of the Court's Lead Plaintiff Order to file a Consolidated Amended Complaint.

Dated: March 23, 2004

By the Plaintiff's attorneys,

*/s/ Nancy Freeman Gans*
Nancy Freeman Gans (BBO# 184540)
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

Rachel Fleischman
**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

By the Defendants' attorneys,

*/s/ Daniel W. Halston*
Daniel W. Halston (BBO# 548692)
John A. Litwinski (BBO# 650603)
**HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

SO ORDERED:

_____

### CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on March 23, 2004.

*/s/ Nancy Freeman Gans*
Nancy Freeman Gans