UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Timothy Morgan, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT, and LAWRENCE A. GENOVESI,<br><br>Defendants. | CIVIL ACTION NO. 03-12529 JLT |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective March 29, 2004, the law firm of Schatz & Nobel, P.C. has the following new address. The telephone and facsimile numbers remain the same.

Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Suite 1700
Hartford, CT 06103

Please use this new address on all pleadings, correspondence and other documents.

Dated: March 19, 2004

By_____
Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler (BBO #644824)
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel.:   (860) 493-6292
Fax:    (860) 493-6290

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of March 2004, I caused copies of the foregoing to be sent, by U.S. Mail, postage prepaid, to:

Thomas G. Shapiro
Theodore M. Hess-Mahan
**Shapiro Haber & Urmy LLP**
75 State Street
Boston MA 02109

Jeffrey B. Rudman
Daniel W. Halston
John A. Litwinski
**Hale and Dorr LLP**
60 State Street
Boston, MA 02109

Nancy F. Gans
**Moulton & Gans, LLP**
133 Federal Street 12th Floor
Boston, MA 02110-1200

Steven G. Schulman
Andre Rado
**Milberg, Weiss, Bershad, Hynes & Lerach L.L.P.**
One Pennsylvania Plaza
New York, NY 10119

Charles J. Piven
**LAW OFFICES OF
  CHARLES J. PIVEN, PA**
The World Trade Center - Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, MD 21202

_____
Nancy A. Kulesa