UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN DENHA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>NETWORK ENGINES INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>    Defendants. | C.A. No. 04-10228 JLT |
| EDWIN POWELL MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>NETWORK ENGINES INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>    Defendants. | C.A. No. 04-10022 JLT |
| TIMOTHY MORGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>NETWORK ENGINES INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>    Defendants. | C.A. No. 03-12529 JLT |

| | |
|---|---|
| GORDON A. PRICE, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>NETWORK ENGINES INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>      Defendants. | C.A. No. 04-10008 WLW |
| HERBERT A. REITZEL, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>NETWORK ENGINES INC., JOHN CURTIS, DOUGLAS G. BRYANT, and LAWRENCE A. GENOVESI,<br><br>      Defendants. | C.A. No. 04-10288 JLT |
| NITIN SUBANDH, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>NETWORK ENGINES INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>      Defendants. | C.A. No. 04-10332 JLT |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective May 4, 2004, the law firm of Shapiro Haber & Urmy LLP has the following new address.  The telephone and facsimile numbers remain the same.

>Shapiro Haber & Urmy LLP
>Exchange Place
>53 State Street
>Boston, MA 02109

Dated:  May 11, 2004

>/s/ Theodore Hess-Mahan
>Thomas G. Shapiro BBO # 454680
>Theodore M. Hess-Mahan BBO # 557109
>Shapiro Haber & Urmy LLP
>53 State Street
>Boston, MA 02108
>(617) 439-3939