## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: NETWORK ENGINES, INC., SECURITIES LITIGATION | CIVIL ACTION NO. 03-12529-JLT |

## JOINT SCHEDULING STIPULATION

Whereas, on March 5, 2004, the parties previously filed a Scheduling Stipulation providing the defendants 60 days to respond from service of an Amended Consolidated Complaint;

WHEREAS, this Court entered a Scheduling Stipulation filed in the above-entitled case on March 23, 2004, and whereas that Stipulation did not provide a briefing schedule, the parties hereby propose that this Court enter the following modification and supplement to that schedule as follows:

1. Lead plaintiffs shall file a Consolidated Amended Complaint on June 4, 2004;

2. Defendants have indicated that they intend to file a Motion to Dismiss. That Motion shall be due on August 13, 2004;

3. Lead Plaintiffs shall file their opposition on October 12, 2004; and

4. Defendants shall file a reply on November 12, 2004.

BOSTON 1851503v1

5.  The Court shall schedule oral argument at its convenience.

Dated: May 17, 2004.                    Respectfully submitted,

                                        By the Plaintiff's attorneys,


                                        /s/ Nancy Freeman Gans
                                        Nancy Freeman Gans (BBO# 184540)
                                        **MOULTON & GANS, P.C.**
                                        33 Broad Street, Suite 1100
                                        Boston, MA  02109-4216
                                        (617) 369-7979

                                        Rachel Fleischman
                                        Carlos Ramirez
                                        **MILBERG WEISS BERSHAD & SCHULMAN LLP**
                                        One Pennsylvania Plaza
                                        New York, NY  10119-0165
                                        (212) 594-5300

                                        Samuel H. Rudman, Esquire
                                        David A. Rosenfeld, Esquire
                                        **GELLER RUDMAN, PLLC**
                                        200 Broadhollow Road, Suite 406
                                        Melville, NY 11747
                                        (631) 367-7100


                                        By the Defendants' attorneys,


                                        /s/ Daniel W. Halston
                                        Jeffrey B. Rudman (BBO #433380)
                                        Daniel W. Halston (BBO# 548692)
                                        Robin L. Alperstein (NY# 2850113)
                                        John A. Litwinski (BBO# 650603)
                                        **HALE AND DORR LLP**
                                        60 State Street
                                        Boston, MA  02109
                                        (617) 526-6000

SO ORDERED:

_____

## **CERTIFICATE OF SERVICE**

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on May 17, 2004.

                                             /s/ Nancy Freeman Gans
                                             Nancy Freeman Gans