UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 MAY 21  P 1:02

U.S. DISTRICT COURT
DISTRICT OF MASS.

In Re: NETWORK ENGINES, INC. SECURITIES ) CA NO. 03-12529-JLT
LITIGATION )
)
)

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

**MOTION TO ADMIT
PRO HAC VICE**

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Rachel S. Fleishman, Esquire and Carlos F. Ramirez, Esquire of Milberg Weiss Bershad & Schulman, LLP. Attorneys Fleishman and Ramirez each certifies (see Certificates attached to this motion as Exhibit A) that (1) he/she is a member of the bar in good standing in all jurisdictions where he/she has been admitted to practice; (2) there are no disciplinary proceedings pending against him/her as a member of the bar in any jurisdiction; and (3) he/she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

Respectfully submitted,

*/s/ Nancy Freeman Gans*
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

Dated: May 21, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 5/21/04