UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re: NETWORK ENGINES INC.,
SECURITIES LITIGATION

CASE NO. 03-12529-JLT

## NOTICE OF CHANGE OF LAW FIRM NAME

TO: The Clerk of Court and All Parties of Record

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss Bershad Hynes & Lerach LLP has changed its name to Milberg Weiss Bershad & Schulman LLP. The office address, telephone, and facsimile numbers remain the same.

Dated: May 20, 2004

            **MILBERG WEISS BERSHAD
            & SCHULMAN LLP**

            By: _____
            Rachel S. Fleishman
            One Pennsylvania Plaza
            New York, NY 10119-0165
            (212) 594-5300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 5/21/04

# MOULTON & GANS, P.C.

COUNSELLORS AT LAW

33 BROAD STREET, SUITE 1100
BOSTON, MASSACHUSETTS 02109-4216

NANCY FREEMAN GANS

STEPHEN MOULTON (1929 - 2001)

Telephone (617) 369-7979
Telecopier (617) 369-7980

**FILED
IN CLERKS OFFICE
2004 MAY 21  P 1:02
U.S. DISTRICT COURT
DISTRICT OF MASS.**

<u>HAND DELIVERED</u>
May 21, 2004

Clerk - Civil
**UNITED STATES DISTRICT COURT**
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   <u>In Re: Network Engines, Inc., Securities Litigation</u>
      CA No: 03-12529-JLT

Dear Sir or Madam:

Enclosed for filing in the above-captioned action please find the following documents (Chambers copies are also enclosed for Judge Tauro):

1. Motion to Admit Pro Hac Vice for Rachel S. Fleischman, Esquire and Carlos F. Ramirez, Esquire (and a firm check in the amount of $100.00 to cover the required filing fees); and

2. Notice of Change of Law Firm Name (for Milberg Weiss Bershad & Schulman LLP).

Also enclosed are copies of same marked "COPY". Please date stamp these copies and return them to the messenger, who will wait.

Thank you for your assistance in this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Nancy Freeman Gans

NFG/pn
Enclosure(s)

cc:   Carlos F. Ramirez, Esquire
      Samuel H. Rudman, Esquire
      Charles J. Piven, Esquire
      Daniel W. Halston, Esquire