UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WING KAM YU, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK ENGINES, INC., JOHN CURTIS and DOUGLAS G. BRYANT<br><br>Defendants. | CIVIL ACTION NO. 04-10238 |

## NOTICE OF NAME CHANGE

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new Firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. Our address remains the same. Our respective e-mail addresses have changed as follows:

| | |
|---|---|
| Jeffrey B. Rudman | jeffrey.rudman@wilmerhale.com |
| Daniel W. Halston | daniel.halston@wilmerhale.com |
| John A. Litwinski | john.litwinski@wilmerhale.com |

By the Defendants' attorneys,

/s/ Jeffrey B. Rudman

Jeffrey B. Rudman (BBO# 433380)
Daniel W. Halston (BBO# 548692)
John A. Litwinski (BBO# 650603)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: June 7, 2004

BOSTON 1920501v1