6/10/04
fom

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re: NETWORK ENGINES, INC.
SECURITIES LITIGATION

)
)
)
)   CA NO. 03-12529-JLT
)
)
)
)
)

FILED IN CLERKS OFFICE
2004 JUN -9 P 12: 32
DISTRICT COURT
DISTRICT OF MASS

## ASSENTED TO MOTION FOR ADMISSION
## PRO HAC VICE OF ROBIN L. ALPERSTEIN

Pursuant to Local Rule 83.5.3(b), the Defendants submit this motion for the admission pro hac vice of their counsel, Robin L. Alperstein. In support of their motion, the Defendants refer the Court to the Declaration of Robin L. Alperstein, filed herewith, and further state that they have retained a member of the bar of this Court, Daniel W. Halston, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP, who has filed an appearance in this action.

Dated: June 8, 2004.

By the Defendants' attorneys,

_[signature]_

Jeffrey B. Rudman (BBO# 433380)
Daniel W. Halston (BBO# 548692)
John A. Litwinski (BBO# 650603)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____

NEWYORK 98224v1

## CERTIFICATE UNDER L. R. 7.1 (a)(2)

I hereby certify, pursuant to Local Rule 7.1(a)(2), that I conferred with counsel for the plaintiffs prior to filing this motion, and that they have assented to this motion.

_____
John A. Litwinski