UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re: NETWORK ENGINES, INC.
SECURITIES LITIGATION

CA NO. 03-12529-JLT

## DECLARATION OF ROBIN L. ALPERSTEIN

I, Robin L. Alperstein, declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 300 Park Avenue, New York, New York 10022.

2. I am currently a member of the Bar of the State of New York, having been admitted in 1997. I am also a member of the United States District Court for the Southern and Eastern Districts of New York, and of the United States Court of Appeals for the Ninth Circuit.

3. I am a member in good standing of all Bars to which I have been admitted.

4. There are no disciplinary proceedings pending against me in any Bar to which I have been admitted.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare that the foregoing is true and correct under penalty of the laws of perjury.

Robin L. Alperstein

Executed this 7th day of June 2004

NEWYORK 98231v1

## CERTIFICATE UNDER L. R. 7.1 (a)(2)

I hereby certify, pursuant to Local Rule 7.1(a)(2), that I conferred with counsel for the plaintiffs prior to filing this motion, and that they have assented to this motion.

_____
John A. Litwinski