UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

IN RE: NETWORK ENGINES, INC.
SECURITIES LITIGATION

Civil Action No. 03-12529-JLT

### NOTICE OF ADDRESS CHANGE

Please take notice that, effective immediately, Robin L. Alperstein's address at WILMER CUTLER PICKERING HALE AND DORR LLP has changed to 399 Park Avenue, New York, NY 10022. The telephone number has been changed to 212-230-8800 and the fax number is now 212-230-8888.

Dated: October 4, 2004

Respectfully submitted,

_____
Jeffrey B. Rudman (BBO #433380)
Daniel W. Halston (BBO #548692)
John A. Litwinski (BBO #650603)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Robin L. Alperstein (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York  10022
(212) 230-8800

BOSTON 2302950v1