UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2005 JAN 26 A 9:22
U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| IN RE NETWORK ENGINES, INC. SECURITIES LITIGATION ) ) ) ) | Civil Action No. 03-12529-JLT |
| This Document Relates To: ) ) ) | NOTICE OF CHANGE OF FIRM AFFILIATION |
| ALL ACTIONS ) ) |  |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that counsel for plaintiffs, formerly with Cauley Geller Bowman & Rudman, LLP, have changed their law firm affiliation. Please direct all future pleadings and correspondence to them at the address shown below and revise your Service List accordingly:

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173

Dated: January 25, 2005

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

/s/ Samuel H. Rudman

Samuel H. Rudman
200 Broadhollow Road, Suite 406
Melville, NY 11706
Telephone: 631-367-7100
Fax: 631-367-1173

## AFFIDAVIT OF SERVICE BY MAIL

I, Mario Alba, Jr., hereby certify that on January 25, 2005, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF FIRM AFFILIATION to be served on all counsel of record by causing a true and correct copy of same to be deposited in the United States Mail at 200 Broadhollow Road, Melville, New York 11747 in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

_____
Mario Alba, Jr.

Service List

*Counsel for Plaintiffs*

Nancy Freeman Gans
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, MA 02109-4216
617-369-7979

Rachel Fleishman
Carlos Ramirez
**MILBERG WEISS BERSHAD &
SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300

Samuel H. Rudman
David A. Rosenfeld
**LERACH COUGHLIN STOIA
 GELLER RUDMAN & ROBBINS LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
631-367-7100

Thomas G. Shapiro
Theodore M. Hess-Mahan
**SHAPIRO, HABER & URMY LLP**
53 State Street
Boston, MA 02109
617-439-3939

Andrew M. Schatz
Jeffrey Nobel
Justin S. Kudler
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
860-493-6295

*Counsel for Defendants*

Jeffrey B. Rudman
Daniel W. Halston
John A. Litwinski
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
617-526-6000