UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NETWORK ENGINES, INC.
SECURITIES LITIGATION

Civil Action No. 03-12529-JLT

## DEFENDANTS' NOTICE OF APPEARANCE OF LYNNE CAMPBELL SOUTTER

Pursuant to Local Rule 83.5.2, Lynne Campbell Soutter of Wilmer Cutler Pickering Hale

and Dorr LLP hereby enters her appearance on behalf of the defendant in this case, Network

Engines, Inc.

NETWORK ENGINES, INC., JOHN
CURTIS, DOUGLAS BRYANT, AND
LAWRENCE GENOVESI,

By their attorney,

_____/s/ Lynne C. Soutter_____
Lynne Campbell Soutter (BBO #657934)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Dated:  April 1, 2005

CERTIFICATE OF SERVICE
On April 1, 2005, I caused a copy of this Notice of
Appearance to be served by first class mail upon counsel
for plaintiffs.

_____/s/ John Litwinski_____
John Litwinski