UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NETWORK ENGINES INC.<br>SECURITIES LITIGATION | Civil Action No. 03-12529-JLT |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(d), the parties, through their counsel, jointly submit the following statement:

1. Proposed Discovery Plan[1]

| | |
|---|---|
| Two Months | Informal discovery |
| Two Months | Deadline for completion of Initial Disclosures as required by Fed. R. Civ. P. 26(a)(1) and LR 26.2(A); deadline for filing answer; deadline for serving initial requests for production of documents |
| Three Months | Deadline for filing and service of Motion for Class Certification. |
| Five Months | Deadline for completion of class-related discovery and filing and service of Opposition to Motion for Class Certification. |
| Seven Months | Deadline for filing of Reply to Opposition to Motion for Class Certification. (This deadline shall be 45 days after service of Opposition for Motion for Class Certification.) |
| Twelve Months | Deadline for completion of fact-related discovery, including completion of depositions of fact witnesses (This deadline will not apply to reasonable requests for admissions with respect to the authentication or business record status of documents produced in discovery.) |
| Fourteen Months | Deadline for identification of expert witnesses and production of expert disclosures required by Fed. R. |

---

[1] All dates are measured from entry of this order.

|  |  |
|---|---|
|  | Civ. P. 26(a)(2). |
| Fifteen Months | Deadline for production of rebuttal expert disclosures. |
| Sixteen Months | Deadline for completion of expert depositions. |
| To be determined by the Court | Case management conference.<br>Settlement Conference. |

2. <u>Proposed Schedule for Filing of Motions</u>

|  |  |
|---|---|
| Eighteen Months | Deadline for filing and service of dispositive motions. |
| Nineteen Months | Deadline for filing and service of oppositions to dispositive motions. |
| Twenty Months | Deadline for filing and service of reply briefs on dispositive motions. |
| To be determined by the Court | Hearing on dispositive motions.<br><br>Deadline for filing and serving other motions (Daubert, *in limine*, etc.)<br><br>Deadline for pretrial disclosures required by Fed. R. Civ. P. 26(a)(3).<br><br>Trial |

3. <u>Possible Trial by Magistrate Judge</u>

The parties have discussed the possibility of trial before a United States Magistrate Judge, but do not consent thereto at the present time.

4. <u>Required Certifications</u>

The required certifications from counsel and the parties that they have conferred with respect to budgetary concerns and possible resolution through ADR programs are attached hereto.

| For the Plaintiffs: | For the Defendants: |
|---|---|
| *Andrew Wilmar* (Signed for Mr. Wilmar by John Litwinski at Mr. Wilmar's request) | *[signature]* |
| Rachel S. Fleishman<br>Andrew Wilmar<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165 | Jeffrey B. Rudman (BBO #433380)<br>Daniel Halston (BBO #548692)<br>John A. Litwinski (BBO # 11513)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>Robin L. Alperstein (*pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888 |

Dated:  April 1, 2005

CERTIFICATE OF SERVICE
On April 1, 2005, I caused a copy of this Joint Statement to be served by first class mail upon counsel for plaintiffs.

*[signature]*
John Litwinski