UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NETWORK ENGINES, INC. SECURITIES LITIGATION | Civil Action No. 03-12529-JLT |

### DEFENDANT'S LOCAL RULE 7.3(A) AND FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Defendant Network Engines, Inc., has no parent corporation. Common stock in Network Engines, Inc., is publicly traded under the symbol NENG. No publicly held company owns 10% or more of the common stock of Network Engines, Inc.

For the Defendants:

Dated: April 1, 2005

Jeffrey B. Rudman (BBO #433380)
Daniel Halston (BBO #548692)
John A. Litwinski (BBO # 11513)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

CERTIFICATE OF SERVICE
On April 1, 2005, I caused a copy of this Disclosure Statement to be served by first class mail upon counsel for plaintiffs.

____/s/ John Litwinski____
John Litwinski

Robin L. Alperstein (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888