UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NETWORK ENGINES, INC.<br>SECURITIES LITIGATION | )<br>)<br>)   Civ. Act. No. 03-12529-JLT<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF JOHN A. LITWINSKI

John A. Litwinski of Wilmer Cutler Pickering Hale and Dorr LLP hereby gives notice that he will no longer serve as counsel for the defendants in this action. The appearances of Jeffrey B. Rudman, Esq., Daniel W. Halston, Esq., Lynne Campbell Soutter, Esq., and Robin L. Alperstein, Esq. *(pro hac vice)* of Wilmer Cutler Pickering Hale and Dorr LLP remain in effect and are not affected by this withdrawal.

Respectfully submitted,

/s/      John A. Litwinski
John A. Litwinski (BBO# 650603)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
tel. (617) 526-6000
fax (617) 526-5000

Dated:   June 6, 2005

### CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on  June 6, 2005

US1DOCS 5141463v1