UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NETWORK ENGINES INC., SECURITIES LITIGATION | ) ) ) ) ) ) ) CASE NO. 03-12529-JLT |

**LEAD PLAINTIFFS' ASSENTED TO MOTION FOR AN EXTENSION
OF TIME TO EXCHANGE INITIAL DISCLOSURES IN ACCORDANCE
WITH LOCAL RULE 26.2(A) AND SWORN STATEMENTS IN
ACCORDANCE WITH LOCAL RULE 26.1(B)**

Lead Plaintiffs hereby request that this Court grant an extension of time until June 30, 2005 to exchange Initial Disclosures in accordance with Local Rule 26.2(A), and sworn statements in accordance with Local Rule 26.1(B). In support of this Motion, Lead Plaintiffs state the following:

1. The Court entered a Discovery Order on May 27, 2005. Pursuant to that Order, the parties are ordered to exchange Initial Disclosures pursuant to Local Rule 26.1(B), and sworn statements in accordance with Local Rule 26.1(B), on or before June 27, 2005.

2. This extension is necessary because Lead Plaintiffs Thomas Cunningham and Blake Kunkel are currently on vacation, and Lead Plaintiff Wing Kam Yu is presently out of the country. As such, despite efforts to do so, Counsel and Lead Plaintiffs have not been able to confer in the preparation of the required filings. By June 30, 2005, Lead Counsel believes that it will have been possible to confer with two of the three Lead Plaintiffs, and with both of the Named Plaintiffs.

3. Defendants have assented to this Motion.

WHEREFORE, Lead Plaintiffs respectfully request that this Court grant their motion for an extension up to and including June 30, 2005, for Plaintiffs to provide Defendants with Initial

Disclosures in accordance with Local Rule 26.2(A), and sworn statements in accordance with Local Rule 26.1(B).

Dated:  June 27, 2005

                                              Respectfully submitted,

**MOULTON & GANS, P.C.**

By:   /s/ Nancy Freeman Gans
     Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Local Counsel*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Rachel S. Fleishman
Andrew M. Wilmar
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Lead Counsel for Plaintiffs*

**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**
Samuel H. Rudman
David A. Rosenfeld
200 Broadhollow Road, Suite 406
Melville, NY 11747
(631) 367-7100

*Attorneys for Plaintiffs Sergio and Ricardo Guerrera*

## LOCAL RULE 7.1 CERTIFICATE

  I, Rachel S. Fleishman, hereby certify that I have conferred with Daniel W. Halston, Wilmer Cutler Pickering Hale and Dorr LLP, who assents to the within Lead Plaintiffs' Assented to Motion for An Extension of Time to Exchange Sworn Statements in Accordance with Local Rule 26.1(B).

                /s/ Rachel S. Fleishman
                Rachel S. Fleishman

## CERTIFICATE OF SERVICE

  I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon each party by mailing a copy of same, postage prepaid, to all counsel of record on June 27, 2005.

                /s/ Nancy Freeman Gans
                Nancy Freeman Gans