UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NETWORK ENGINES INC.<br>SECURITIES LITIGATION | Civil Action No. 03-12529-JLT |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(d), the parties, through their counsel, jointly submit the following statement:

1. <u>Proposed Discovery Plan</u>

| | |
|---|---|
| August 5, 2005 | Deadline for filing and service of Motion for Class Certification. |
| October 5, 2005 | Deadline for completion of class-related discovery and filing and service of Opposition to Motion for Class Certification. |
| November 21, 2005 | Deadline for filing of Reply to Opposition to Motion for Class Certification. |
| March 6, 2006 | Deadline for completion of fact-related discovery, including completion of depositions of fact witnesses. (This deadline will not apply to reasonable requests for admissions with respect to the authentication or business record status of documents produced in discovery.) |
| April 20, 2006 | Deadline for identification of Plaintiffs' expert witnesses and production of expert disclosures required by Fed. R. Civ. P. 26(a)(2). |
| May 22, 2006 | Deadline for identification of Defendants' expert witnesses and production of expert disclosures required by Fed. R. Civ. P. 26(a)(2). |
| June 22, 2006 | Deadline for identification of Plaintiffs' expert rebuttal witnesses and production of expert disclosures required by Fed. R. Civ. P. 26(a)(2). |

| | |
|---|---|
| August 7, 2006 | Deadline for completion of expert depositions. |
| To be determined by the Court | Case management conference.<br>Settlement Conference. |

2. <u>Proposed Schedule for Filing of Motions</u>

| | |
|---|---|
| September 21, 2006 | Deadline for filing and service of dispositive motions. |
| October 23, 2006 | Deadline for filing and service of oppositions to dispositive motions. |
| December 22, 2006 | Deadline for filing and service of reply briefs on dispositive motions. |
| To be determined by the Court | Hearing on dispositive motions.<br><br>Deadline for filing and serving other motions (Daubert, *in limine*, etc.)<br><br>Deadline for pretrial disclosures required by Fed. R. Civ. P. 26(a)(3).<br><br>Trial |

3. <u>Possible Trial by Magistrate Judge</u>

The parties have discussed the possibility of trial before a United States Magistrate Judge, but do not consent thereto at the present time.

4. <u>Required Certifications</u>

The required certifications from counsel and the parties that they have conferred with respect to budgetary concerns and possible resolution through ADR programs are attached hereto.

| For the Plaintiffs: | For the Defendants: |
|---|---|
| */s/ Rachel Fleishman* | */s/ Daniel Halston* |
| Rachel S. Fleishman<br>Andrew Wilmar<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229 | Jeffrey B. Rudman (BBO #433380)<br>Daniel Halston (BBO #548692)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| Nancy F. Gans, BBO #184540<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, Massachusetts 02109-4216<br>(617) 369-7979 | Robin L. Alperstein (*pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888 |

Dated: June 27, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NETWORK ENGINES, INC.<br>SECURITIES LITIGATION | Civ. Act. No. 03-12529-JLT |

## PLAINTIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Plaintiffs and their counsel hereby certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full and various alternative courses of the litigation, and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

PLAINTIFFS                                              LEAD COUNSEL

_____        _____
                                                        Rachel S. Fleishman
                                                        Andrew Wilmar
                                                        Milberg Weiss Bershad & Schulman LLP
                                                        One Pennsylvania Plaza
                                                        New York, NY 10119-0165
                                                        Telephone: (212) 594-5300
                                                        Facsimile: (212) 868-1229

                                                        Nancy F. Gans, BBO #184540
                                                        Moulton & Gans, P.C.
                                                        33 Broad Street, Suite 1100
                                                        Boston, Massachusetts 02109-4216
                                                        (617) 369-7979

Dated: June __, 2005

US1DOCS 5174172v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NETWORK ENGINES, INC.<br>SECURITIES LITIGATION | Civ. Act. No. 03-12529-JLT |

## DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the Defendants and their counsel hereby certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full and various alternative courses of the litigation, and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

NETWORK ENGINES, INC.,
JOHN CURTIS, DOUGLAS G.
BRYANT, and LAWRENCE A.
GENOVESI

_____
John Curtis

COUNSEL FOR DEFENDANTS

_____
Jeffrey B. Rudman (BBO #433380)
Daniel W. Halston (BBO #548692)
Lynne Campbell Soutter (BBO #657934)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Robin L. Alperstein (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Dated: June 27, 2005