UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re: NETWORK ENGINES INC.
SECURITIES LITIGATION

CASE NO.    03-12529-JLT

## LEAD PLAINTIFFS' LIST OF LIKELY DEPONENTS

The Lead Plaintiffs intend to depose the following individuals:

1. Jeffrey Brandes;

2. Douglas G. Bryant;

3. David Craig;

4. Paul Criswell;

5. John Curtis;

6. Lawrence A. Genovesi;

7. J. Donald Oldham;

8. Alfred Windhol;

9. The secretary or administrative assistant of one or more of the individuals listed above.

Lead Plaintiffs request the right to modify and/or supplement this list as they obtain further information through discovery.

DATED: June 30, 2005                Respectfully submitted,

**MOULTON & GANS, P.C.**

By:   /s/ Nancy Freeman Gans
    Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Local Counsel*

           **MILBERG WEISS BERSHAD**
            **& SCHULMAN LLP**
Rachel S. Fleishman
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Lead Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon each party by mailing a copy of same, postage prepaid, or hand-delivering same, to all counsel of record.

                                                  /s/ Nancy Freeman Gans
                                                  Nancy Freeman Gans