UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re: NETWORK ENGINES INC.,
SECURITIES LITIGATION

CASE NO. 03-12529-JLT

## AFFIDAVIT OF LEAD PLAINTIFF BLAKE KUNKEL
## PURSUANT TO LOCAL RULE 26.1(B)

STATE OF TEXAS )
) SS.:
COUNTY OF DALLAS )

Blake Kunkel, being first duly sworn, deposes and says:

1. I am a Lead Plaintiff in the above-entitled action.

2. I have reviewed the Lead Plaintiffs' Initial Disclosure Statement Pursuant to Federal Rule of Civil Procedure 26(a)(1) ("Lead Plaintiffs' Initial Disclosure Statement").

3. In light of the nature of the information disclosed and Lead Plaintiffs' reliance upon counsel for this disclosure, and in view of the fact that Lead Plaintiffs purchased their shares on the open market, I know of no additional information that Lead Plaintiffs have to add.

4. As a Lead Plaintiff for the putative class, I am relying upon the preliminary damages estimate referenced in Section III of Lead Plaintiffs' Initial Disclosure Statement. Attached hereto as Exhibit 1 is a signed certification evidencing my transactions in Network Engines securities during the Class Period.

_____
Blake Kunkel

Sworn to before me this 30
day of June 2005

_____
Notary Public



KEVIN GOFF
Notary Public
STATE OF TEXAS
My Comm. Exp. 12/20/2008

# EXHIBIT 1

## PLAINTIFF'S CERTIFICATION

_Blake Kunkel_ ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Network Engines, Inc. securities during the Class Period are as follows:

(Complete only one trade per line; place any additional trades on the attached sheet)

| # of Shares Purchased | # of Shares Sold | Price Per Share | Date of Purchase/Sale |
|---|---|---|---|
| 1000 | | 9.09 | 11/14/2003 |
| | | | |
| | | | |

5. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _8_ day of _January_ 2003.

_____

PAGE 3/3 * RCVD AT 2/13/2004 3:12:26 PM [Eastern Standard Time] * SVR:NYRFAX01/0 * DNIS:1229 * CSID: * DURATION (mm-ss):01-10    ** TOTAL PAGE.02 **

TOTAL P.03