UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NETWORK ENGINES, INC.<br>SECURITIES LITIGATION | Civil Action No. 03-12529-JLT |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, Lisa Amatangel of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance on behalf of the defendant in this case, Network Engines, Inc.

        NETWORK ENGINES, INC.,

        By its attorney,

        _____/s/ Lisa Amatangel_____
        Lisa Amatangel (BBO #645319)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000

Dated:  August 31, 2005

## **CERTIFICATE OF SERVICE**

      I, Lisa Amatangel, hereby certify that on August 31, 2005 I caused a true and accurate copy of this document to be served on counsel of record for the Plaintiffs either by electronic means or first-class mail.

/s/ Lisa Amatangel
Lisa Amatangel  (BBO #645319)