UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NETWORK ENGINES, INC. SECURITIES LITIGATION | ) <br> ) **CA NO. 03-12529-JLT** <br> ) <br> ) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective January 31, 2006, the address for Moulton & Gans, P.C. will change to the following:

> Moulton & Gans, P.C.
> 55 Cleveland Road
> Wellesley, MA 02481

Please take further notice that the firm's telephone and facsimile numbers will change as follows:

> Telephone Number:   781-235-2246
> Fax Number:         781-239-0353.

Dated: January 12, 2006                    Respectfully submitted,


                                           /s/ Nancy Freeman Gans
                                           Nancy Freeman Gans, BBO #184540
                                           **MOULTON & GANS, P.C.**
                                           33 Broad Street, Suite 1100
                                           Boston, MA 02109
                                           (617) 369-7979

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailing same, postage prepaid, on January 12, 2006.

                                           /s/ Nancy Freeman Gans
                                           Nancy Freeman Gans