UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MORGAN, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>v.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT, and LAWRENCE A. GENOVESI,<br><br>                           Defendants. | Case No. 03-12529 JLT |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Justin S. Kudler, hereby moves that this Court enter an Order granting leave to Nancy A. Kulesa, of the law firm of Schatz & Nobel, P.C., One Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut, 06103, telephone (860) 493-6292, to appear on behalf of David Dubrow, and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Ms. Kulesa is and has been a member in good standing of the bar of the State of Connecticut since 2001. Ms. Kulesa has also been admitted to practice in the United States District Court for the District of Connecticut since 2003.

2. There are no disciplinary proceedings pending against Ms. Kulesa as a member of the bar in any jurisdiction.

3. Ms. Kulesa has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Ms. Kulesa has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Ms. Kulesa be admitted to practice before this Court *pro hac vice*.

Dated: March 24, 2006

        Respectfully submitted,

        ___/s/ Justin S. Kudler_____
        Justin S. Kudler (BBO # 644824)
        **SCHATZ & NOBEL, P.C.**
        One Corporate Center
        20 Church Street, Suite 1700
        Hartford, Connecticut 06103
        (860) 493-6292

**CERTIFICATE OF SERVICE**

     I, Justin S. Kudler, hereby certify that on this 24th day of March, 2006, I caused a true copy of the foregoing to be served electronically via the Court's Electronic Filing System upon all counsel of record.

Dated: March 24, 2006            /s/ Justin S. Kudler
                                            Justin S. Kudler