# CERTIFICATE OF GOOD STANDING

1. I was admitted to the bar of the State of Connecticut in 2001, and to the bar of the United States District Court for the District of Connecticut in 2003.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number, and e-mail address are as follows:

Nancy A. Kulesa
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel.: (860) 493-6292
Fax: (860) 493-6290
e-mail: nkulesa@snlaw.net

Dated: March 24, 2006

Nancy A. Kulesa