UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MORGAN, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT, and LAWRENCE A. GENOVESI, ) ) ) ) ) Defendants. ) ) | Case No. 03-12529 JLT |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JUSTIN S. KUDLER**

Please withdraw the appearance of Justin S. Kudler as counsel for David Dubrow in the above-captioned action. Nancy A. Kulesa of Schatz & Nobel, P.C. will continue her appearance as counsel for David Dubrow.

Dated: March 31, 2006          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　／s/ Justin S. Kudler
　　　　　　　　　　　　　　　　　　　Justin S. Kudler (BBO # 644824)
　　　　　　　　　　　　　　　　　　　**SCHATZ & NOBEL, P.C.**
　　　　　　　　　　　　　　　　　　　One Corporate Center
　　　　　　　　　　　　　　　　　　　20 Church Street, Suite 1700
　　　　　　　　　　　　　　　　　　　Hartford, Connecticut  06103
　　　　　　　　　　　　　　　　　　　(860) 493-6292

## CERTIFICATE OF SERVICE

     I, Justin S. Kudler, hereby certify that on this 31st day of March, 2006, a true copy of the foregoing was served electronically via the Court's Electronic Filing System upon all counsel of record.

Dated: March 31, 2006                              /s/ Justin S. Kudler
                                                           Justin S. Kudler