UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NETWORK ENGINES INC.<br>SECURITIES LITIGATION | )<br>)<br>)<br>)   CA NO. 03-12529 JLT<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION OF LEAD PLAINTIFFS
TO ADMIT GEORGE A. BAUER III PRO HAC VICE**

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of George A. Bauer, III, Esquire, of Milberg Weiss Bershad & Schulman LLP, of New York, New York, for Lead Plaintiffs. Attorney Bauer certifies (see Certificate attached to this motion) that (1) he is a member of the bar in good standing in all jurisdictions where she has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Counsel for Defendants assent to this motion.

I have filed an appearance in the above-entitled action.

Dated: July 21, 2006

Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, MA 02481
781-235-2246
**Liaison Counsel to Lead Plaintiff and the Class**

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Nancy Freeman Gans, Esquire, Liaison Counsel to Lead Plaintiffs and the Class, hereby certify that I communicated on July 20, 2006, by email with Daniel W. Halston, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Defendants. Defendants assent to this Motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

/s/ Nancy Freeman Gans
Nancy Freeman Gans