UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re: NETWORK ENGINES INC.             )
SECURITIES LITIGATION                   )  CA NO. 03-12529-JLT
                                        )

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, George A. Bauer III, hereby certify that:

1. I am a member in good standing of the bars of U.S. District Court Southern District of New York; Eastern District of New York; U.S. Court of Appeals 2d Cir.; U.S. Court of Appeals 4th Cir.; and U.S. Supreme Court.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

MILBERG WEISS BERSHAD &
SCHULMAN LLP

By: _____
GEORGE A. BAUER III
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300

Dated: 7/20/2006