UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NETWORK ENGINES, INC. SECURITIES LITIGATION | Civil Action No. 03-12529-JLT |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, John J. Butts of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance on behalf of the defendants in this case, Network Engines, Inc., John Curtis, Douglas Bryant, and Lawrence Genovesi.

NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS BRYANT, and LAWRENCE GENOVESI

By their attorney,

/s/ John J. Butts_____
John J. Butts (BBO #643201)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000
john.butts@wilmerhale.com

Dated:  July 24, 2006

CERTIFICATE OF SERVICE
On July 24, 2006, I caused a copy of this Notice of Appearance to be electronically served upon counsel for plaintiffs.

/s/ John J. Butts ___
John J. Butts

US1DOCS 5761791v1