## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------x
                                                 :
In Re: NETWORK ENGINES, INC.                     :     Civil Action No. 03-12529- JLT
SECURITY LITIGATION                              :
                                                 :
-------------------------------------------------x
```

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby withdraws its appearance in the above-captioned matter, on behalf of Network Engines, Inc., Douglas G. Bryant, John Curtis and Lawrence A. Genovesi, parties-in-interest herein. Notices, applications, motions and other documents served and filed in the above-captioned matter should no longer be served on:

> Becker, Glynn Melamed & Muffly, LLP
> 299 Park Avenue
> New York, New York 10171
> Telephone: 212-888-3033
> Attn: Robin L. Alperstein

Dated: New York, New York
       June 13, 2007

                                      Respectfully submitted,

                                      BECKER, GLYNN, MELAMED & MUFFLY, LLP

                                      By:

                                      /s/ Robin L. Alperstein
                                        Robin L. Alperstein
                                      299 Park Avenue
                                      New York, New York 10171
                                      (212) 888-3033