BECKER, GLYNN, MELAMED & MUFFLY LLP
By: ROBIN L. ALPERSTEIN (RA3496)
299 Park Avenue
New York, NY 10171
Tel: (212) 888-3033

FILED VIA ECF

| | |
|---|---|
| In Re: NETWORK ENGINES, INC.<br>SECURITY LITIGATION | Civil Action No. 03-12529- JLT |

## CERTIFICATE OF SERVICE

I hereby certify that the attached true and correct copy of the Notice of Withdrawal of Appearance, dated June 13, 2007, filed through the ECF system, on June 14, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 14, 2007.

    /s/ Robin L. Alperstein
Robin L. Alperstein (RA3496)
299 Park Avenue
New York, NY 10171
Tel: (212) 888-3033
ralperstein@beckerglynn.com

## SERVICE LIST

**Lisa Amatangel**
**John J. Butts**
**Daniel W. Halston**
**John A. Litwinski**
**Jeffrey B. Rudman**
**Lynne C. Soutter**
Wilmer Cutler Pickering Hale and Dorr LLP
lisa.amatangel@wilmerhale.com
john.butts@wilmerhale.com
daniel.halston@wilmerhale.com
john.litwinski@wilmerhale.com
jeffrey.rudman@wilmerhale.com
Soutter@wilmerhale.com

**Nancy F. Gans**
Moulton & Gans, P.C.
nfgans@gmail.com

**Theodore M. Hess-Mahan**
Hutchings, Barsamian, Cross and Mandelcorn, LLP
thess-mahan@hutchingsbarsamian.com

**Thomas G. Shapiro**
Shapiro Haber & Urmy LLP
tshapiro@shulaw.com
**Andrew M. Schatz**
**Justin S. Kudler**
**Nancy A. Kulesa**
Schatz & Nobel, P.C.
justin@snlaw.net
nkulesa@snlaw.net
firm@snlaw.net

**Jeffrey Nobel**
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

**George A. Bauer, III**
**Rachel S. Fleishman**
**Carlos F. Ramirez**
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119-0165

2